UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CUPPS, SR., <br><br> Plaintiff, <br><br> v. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br> Defendant. | No. 1:16-cv-00230-DAD-EPG <br><br> ORDER DIRECTING CLERK OF THE COURT TO CLOSE THE CASE <br><br> (Doc. No. 10) |

On April 29, 2016, the parties filed a joint stipulation dismissing this action in its entirety with prejudice and with each party to bear its own costs and attorneys' fees. (Doc. No. 10.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of attorneys' fees and costs to either party. Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **May 1, 2016**                          _____
                                                  UNITED STATES DISTRICT JUDGE

1